Charles Michael
212 378 7604
cmichael@steptoe.com

# Steptoe

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

September 21, 2021

**By ECF**

Hon. P. Kevin Castel
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *FSC Advisors, LLC v. Theia Group, Inc., et al.*, 21 Civ. 6995 (S.D.N.Y.) —
      **Request to Provisionally Seal Certain Limited Information in Reply Papers**

Dear Judge Castel:

  We represent the plaintiff FCS Advisors, LLC ("Brevet") in the above case, and write to respectfully request permission to seal, at least provisionally, certain limited information in connection with our reply papers for Brevet's pending motion for a temporary receiver. Specifically, we would propose to provisionally seal Exhibits 1, 2-6, and 9, 11 and 12 to a reply declaration from me, and Exhibit A of the reply declaration of Manuel Colon.

  The information at issue was marked "Confidential" under the governing protective order by the defendants (collectively "Theia"), and consists largely of internal financial data. While we provided Theia notice on Monday of the confidential material we intended to file, we have not had a chance to confer with Theia about whether it would agree to lift its confidentiality designations. We expect Theia would not agree, because the information consists of financial data that parties often seek to keep private. With the Court's permission, provisionally sealing this data will allow Theia an opportunity, if it wishes, to substantiate the position that the material should be shielded from the public dockets, without delaying matters on the motion that we brought on an expedited basis and that we believe is a matter of urgency.

              * * *

  We thank the Court for its consideration of this request.

                  Respectfully,

                  */s/ Charles Michael*

                  Charles Michael

cc: All Counsel of Record (via ECF)