# **EXHIBIT 14**

**LEEDS HOLDINGS, LLC**
1035 Park Avenue
New York, NY 10028
cell: 646-519-1990

As per our agreement:

| | |
|---|---|
| Invoice Number: | 200009 |
| Invoice Amount: | $30,000 |
| Expenses: | $0.00 |
| **TOTAL DUE:** | **$30,000.** |

Description: Services for September 2020

Please make payments to Leeds Holdings, LLC:

| | |
|---|---|
| **Account Name:** | **Leeds Holding LLC** |
| Account Number: | ▮ |
| Routing Number: | |
| Bank: | JPMorgan Chase |

**Expenses:**

| Date | Type | Description | Amount |
|---|---|---|---|
| 7/19/2020 | Train | Stamford-DC | 291.00 |
| 7/19/2020 | taxi | DC train- hotel | 9.30 |
| 7/24/2020 | | hotel-DC train | 12.33 |
| 7/24/2020 | Train | DC-Stamford | 291.00 |
| 8/19/2020 | taxi | NYC- Train Station | 18.96 |
| 8/19/2020 | Train | NYC-DC | 310.00 |
| 8/19/2020 | taxi | DC train- hotel | 10.13 |
| 8/21/2020 | Train | DC-Stamford | 291.00 |
| 9/1//2020 | Train | Stamford-DC | 291.00 |
| 9/4/2020 | taxi | NYC-Train Station | 21.04 |
| 9/4/2020 | Train | DC-NYC | 321.00 |
| 9/14/2020 | Train | NYC-DC | 310.00 |
| 9/17/2020 | Train | DC-Stamford | 160.00 |
| 9/17/2020 | Uber | trans to home | 99.10 |
| 9/22/2020 | Drive | Stanford-Phil | 131.25 |
| 9/23/2020 | Drive | Phil-DC | 131.25 |
| 9/25/2020 | Drive | DC-Stanford | 262.50 |
| 9/25/2020 | Drive | Gas/Tolls | 100.00 |
| 9/25/2020 | Parking | NYC | 100.00 |
| | | | 3,160.86 |

**LEEDS HOLDINGS, LLC**
1199 Park Avenue
New York, NY 10128

cell: 646-519-1990

---

| | |
|---|---|
| Invoice Number: | 202011 |
| Description: | Services for November 2020 |
| Due From: | Theia Group, Inc |
| Invoice Date: | November 30, 2020 |
| Invoice Amount: | $30,000 |
| Expenses: | To be submitted under separate form |

**Total Due:**                                               **$30,000**

Please make payments to Leeds Holdings, LLC:

**Account Name:**         **Leeds Holding LLC**

Account Number:
Routing Number:
Bank:                              JPMorgan Chase

**LEEDS HOLDINGS, LLC**
1199 Park Avenue
New York, NY 10128

cell: 646-519-1990

---

Services rendered as per Exhibit A.

| | |
|---|---|
| **Invoice Number:** | 202102 |
| **Description:** | Services February 2021 |
| **Due From:** | Theia Group, Inc |
| **Invoice Date:** | February 1, 2021 |
| **Invoice Amount:** | $30,000 |
| **Expenses:** | To be submitted under separate form |
| **Total Due:** | **$30,000** |

Please make payments to Leeds Holdings, LLC:

| | |
|---|---|
| **Account Name:** | **Leeds Holding LLC** |
| Account Number: | ▮ |
| Routing Number: | |
| Bank: | JPMorgan Chase |

**EXHIBIT A:**

The Parties shall be Theia Group, Incorporated or any affiliates, ("**Theia**" or the "**Firm**") and Leeds Holdings, LLC (the "**Consultant**") (each a "Party" and together, the "Parties").

1. **Services**. The Firm engages the Consultant, on a non-exclusive basis, and the Consultant agrees to render certain independent advisory and consulting services to the Firm as requested by John Gallagher or other officers of the Firm.

2. **Term.** The Firm engages the Consultant on a month-to-month basis. The Parties agree either Party may terminate this agreement with at will, with one business day notice.

3. **Consulting**. The Firm shall pay the Consultant, in advance, a monthly base fee of $30,000 ("**Monthly Fee**"), plus, if applicable, a transaction fee as determined by the Firm in its reasonable discretion ("**Transaction Fee**").

4. **Duties**. The Consultant shall render the Services conscientiously and devote his efforts and abilities thereto and shall perform the services at such times and locations as are reasonably convenient to the Consultant and the Firm.

5. **Independent Contractor**. It is expressly understood that the Consultant is acting solely as an independent contractor in providing the Services hereunder.

6. **Conflicts of Interest**. The Parties understand and agree that the Consultant has outside business interests and has conflicts of interest that may arise between the Parties (including but not limited Consultants investment in the FCS purchase from the Firm).

7. **Indemnification**. The Firm hereby indemnifies the Consultant and holds it harmless from any and all liability, loss, damage or expense, including legal fees, which may be suffered or incurred as a result of claims, demands, actions, costs, or judgments against the Consultant arising out of the Consultant's performance of the services pursuant to this Agreement, including, without limitation, any actions or omissions.